Judith Rose **SINNOVICH**, Appellant,

v.

**PORT AUTHORITY OF ALLEGHENY COUNTY.**

No. 92–3135.

United States Court of Appeals, Third Circuit.

May 17, 1994.

Present: SLOVITER, Chief Judge, BECKER, STAPLETON, MANSMANN, GREENBERG, HUTCHINSON, SCIRICA, COWEN, NYGAARD, ALITO, ROTH, and LEWIS, Circuit Judges.

## ORDER

After further consideration, the Court hereby vacates the order of January 15, 1993 granting rehearing in banc.

By the Court,

/s/ Dolores K. Sloviter
Chief Judge